UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GEHART,

     Plaintiff,

                                     Case No. 17-cv-12132

vs.

                                     Hon. Matthew F. Leitman

VISALUS, INC., a corporation,
NICK SARNICOLA, BLAKE MALLEN,
POWER COUPLE, INC., and
ARRIVEBY25, INC.,

     Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCES

The Court has reviewed the Plaintiff's Unopposed Motion for Leave to Withdraw Appearances ("Plaintiff's Motion"), the other documents and records on file, and now deems itself full advised.

NOW, THEREFORE, it is HEREBY ORDERED that the Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Andrew Kochanowski and Sarah L. Rickard of Sommers Schwartz, P.C.; Matthew J.M. Prebeg and Brent T. Caldwell of Prebeg, Faucett & Abbott, PLLC; and Mark R. Miller of Wexler Wallace, LLP are hereby withdrawn as counsel for Plaintiff, and that Kenneth F. Neuman, Jennifer M. Grieco

and Stephen T. McKenney of the law firm Neuman Anderson Grieco McKenney,

P.C. shall continue, going forward, as counsel for the Plaintiff.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 20, 2018


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2018, by electronic means and/or ordinary mail.

s/Amanda Chubb for Holly Monda
Case Manager
(313) 234-2644