UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GEHART,

        Plaintiff,

v.

VISALUS, INC., a corporation, et al.,

        Defendants.

Case No. 4:17-CV-12132-MFL-DRG

Hon. Matthew F. Leitman

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR NEWLY
ADDED DEFENDANT RYAN BLAIR TO RESPOND TO FIRST
AMENDED COMPLAINT**

This case was originally filed on June 29, 2017 by Plaintiff Michael Gehart against Defendants ViSalus, Inc., Nick Sarnicola, Blake Mallen, Power Couple, Inc., and ArriveBy25, Inc. (the "Original Defendants"). After an initial round of briefing on the Original Defendants' motion to dismiss, Plaintiff filed his First Amended Complaint ("FAC") on April 27, 2018. (Dkt. #33.) The FAC no longer purports to state a claim against two of the Original Defendants—Power Couple, Inc. and ArriveBy25, Inc. But the FAC did seek to add a new defendant to the case—Ryan Blair.

According to Plaintiff, Blair was served with the FAC on July 17, 2018, which would make his deadline to respond to the FAC today, August 7, 2018. Quarles & Brady, LLP, as lead counsel for the defendants, was only able to confirm on August 6, 2018 that they (along with co-counsel Honigman Miller Schwartz and Cohn, LLP)

would represent Blair in this action.  On the same day, Blair's counsel promptly reached out to counsel for Plaintiff to seek a brief extension of the deadline to file Blair's response to the FAC.  Plaintiff's counsel confirmed via email on August 7, 2018, that they would agree to a three day extension such that Blair's response to the FAC would be due on Friday August 10, 2018.

Defendant Ryan Blair thus respectfully requests that the Court grant his unopposed motion to extend until August 10, 2018, the deadline to file his response to the FAC.

Dated: August 7, 2018                    Respectfully submitted,

By:  /s/ Andrew W. Clark
Attorney for the Defendants

QUARLES & BRADY LLP                    HONIGMAN MILLER SCHWARTZ
                                       AND COHN LLP

Kevin D. Quigley (AZ Bar #015972)
Edward A. Salanga (AZ Bar #020654)     Nicholas B. Gorga (P72297)
Brian A. Howie (AZ Bar #026021)        Andrew W. Clark (P79165)
Michael S. Catlett (AZ Bar #025238)    660 Woodward Avenue
*All Admitted to Practice in ED MI*    2290 First National Building
One Renaissance Square                 Detroit, MI  48226-3506
2 North Central Avenue                 Telephone Number: (313) 465-7640
Phoenix, AZ 85004                      Fax Number: (313) 465-7641
Telephone Number: (602) 229.5200       ngorga@honigman.com
kevin.quigley@quarles.com              aclark@honigman.com
edward.salanga@quarles.com
brian.howie@quarles.com
michael.catlett@quarles.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By:  <u>/s/ Andrew W. Clark</u>
Attorney for the Defendants