UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GEHART,<br><br>    Plaintiff,<br><br>v.<br><br>VISALUS, INC., a corporation, et al.,<br><br>    Defendants. | Case No. 4:17-CV-12132<br><br>Hon. Matthew F. Leitman |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, all of the parties who have appeared in this case, through their undersigned counsel, stipulate to the dismissal of all claims against all parties with prejudice and with each party to bear its own fees and costs.

Stipulated to by:

| | |
|---|---|
| NEUMAN ANDERSON GRIECO MCKENNEY, P.C. | QUARLES & BRADY LLP |
| /s/ Jennifer M. Grieco_____<br>Kenneth F. Neuman (P39429)<br>Jennifer M. Grieco (P55501)<br>Stephen T. McKenney (P65673)<br>401 S. Old Woodward<br>Suite 460<br>Birmingham, MI 48009<br>(248) 594-5252<br>kneuman@nagmlaw.com<br>jgrieco@nagmlaw.com<br>smckenney@nagmlaw.com<br>*Attorneys for Plaintiff* | /s/ Edward A. Salanga (w/consent)<br>Kevin D. Quigley (AZ Bar #015972)<br>Edward A. Salanga (AZ Bar #020654)<br>Michael S. Catlett (AZ Bar #025238)<br>Brian A. Howie (AZ Bar #026021)<br>*All Admitted to Practice in ED MI*<br>2 North Central Avenue<br>Renaissance One<br>Phoenix, AZ 85004<br>Telephone Number: (602) 229.5200<br>Fax Number: (602) 229.5690 |

E-Mail:
Kevin.quigley@quarles.com
Edward.salanga@quarles.com
Michael.catlett@quarles.com
Brian.howie@quarles.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Nicholas B. Gorga (P72297)
Andrew W. Clark (P79165)
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7640
Fax Number: (313) 465-7641
ngorga@honigman.com
aclark@honigman.com

*Attorneys for Defendants*

## ORDER

Based on the parties' signatures above,

**IT IS HEREBY ORDERED** that this case is hereby dismissed with prejudice, with each party to bear its own fees and costs.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 13, 2018